RECEIVED
IN MONROE, LA
SEP 1 2 2006
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA


UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| QUANTRUS TERRELL GREEN | CIVIL ACTION NO. 05-1602-M |
| VS. | SECTION P |
| CURTIS POWELL, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that plaintiff's Civil Rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR 41.3.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 12 day of September, 2006.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE